UNITED STATES of America, Appellee,

v.

Salvador RAMIREZ–BECERRA, Appellant.

No. 05–1653.

United States Court of Appeals, Eighth Circuit.

Submitted March 13, 2006.

Decided March 20, 2006.

Bruce Wellesley Gillan, U.S. Attorney's Office, Omaha, NE, for Appellee.

Salvador Ramirez–Becerra, Leavenworth, KS, pro se.

Richard E. Nahigian, Pasadena, CA, for Appellant.

Before WOLLMAN, FAGG, and RILEY, Circuit Judges.

PER CURIAM.

The Government charged Salvador Ramirez–Becerra with possession with intent to distribute five hundred grams or more of methamphetamine. Based on this drug quantity, Ramirez–Becerra faced a mandatory minimum sentence of ten years in prison. During the plea hearing, Ramirez–Becerra stated he understood the

---

mandatory minimum sentence was ten years, and pleaded guilty. Later, Ramirez–Becerra did not object to the presentence report, which recommended the statutory minimum sentence of ten years. At the post-*Booker* sentencing, the parties agreed that the appropriate range was 120 to 135 months. The district court * imposed the statutory minimum of 120 months in prison and five years of supervised release.

On appeal, Ramirez–Becerra contends *Harris v. United States,* 536 U.S. 545, 568–69, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002) (holding judges may decide facts giving rise to mandatory minimum sentences) is no longer good law after *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). We have continued to apply *Harris* after *Booker,* however. *United States v. Keller,* 413 F.3d 706, 710 (8ᵗʰ Cir.2005). Alternatively, Ramirez–Becerra argues that even if *Harris* remains good law, *Booker* required the district court to find drug quantity beyond a reasonable doubt. We have rejected this argument as well. *United States v. McKay,* 431 F.3d 1085, 1094 (8ᵗʰ Cir.2005). In this case, there is simply no error under *Blakely* or *Booker* because Ramirez–Becerra admitted to possessing the drug quantity that dictated his statutory mandatory minimum sentence. *See United States v. Alvarado–Rivera,* 412 F.3d 942, 946 n. 3 (8ᵗʰ Cir.2005); *United States v. Bolanos,* 409 F.3d 1045, 1049 (8ᵗʰ Cir.2005).

We thus affirm Ramirez–Becerra's sentence.

---

* The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.